BALLARD, executor, *v.* JAMES.

SIMMONS, C. J.   1. The defendant showed good title by prescription under color of title, and was not bound by the headright grant, having had no notice as provided in the Civil Code, § 3227.   It was therefore not erroneous to direct a verdict in his favor.
2. While in a former suit the title to the land had been involved, one who was not a party to such suit, was not vouched into court therein, and did not, in person or by attorney, participate in the trial thereof, was not bound by the judgment therein.                    *Judgment affirmed.    All the Justices concur.*

Argued June 4,—Decided June 27, 1903.

Complaint for land.    Before Judge Foster.    Laurens superior court.    October 27, 1902.

*T. L. Griner, J. K. Hines,* and *E. S. Baldwin,* for plaintiff.
*J. M. Stubbs* and *Akerman & Akerman,* for defendant.